# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Stuart Housel Smith
Smith Stagg, LLC
365 Canal St. #2850
New Orleans LA 70130

Gladstone N. Jones, III
Jones, Swanson, Huddell
601 Poydras St., #2655
New Orleans LA 70130

Warren A. Perrin
Perrin, Landry, et al
P. O. Box 53597
Lafayette LA 70505

Al J. Robert, Jr.
Attorney at Law
643 Magazine St., Suite 402
New Orleans LA 70130

## REHEARING ACTION: December 26, 2012

**Docket Number: 11   01559-CA**

**MARCUS BROUSSARD, JR., ET AL**
**VERSUS**
**MARTIN OPERATING PARTNERSHIP, ET AL.**

**Appealed from Vermilion Parish Case No. 83,406**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Marcus Broussard, Jr., et al** has this day been

    **DENIED.**

cc: Erin Fury Parkinson, Counsel for the Appellee
    Glen Gill Goodier, Counsel for the Appellee
    George Arceneaux, III, Counsel for the Appellee
    Robert Thomas Jorden, Jr., Counsel for the Appellee
    Thomas Martin McNamara, Counsel for the Appellee
    Loulan Joseph Pitre, Jr., Counsel for the Appellee
    Kevin Wade Trahan, Counsel for the Appellee
    John Ernest William Baay, II, Counsel for the Appellee
    Andrew Parr Sellers  Jr., Counsel for the Appellee
    Andrew T. Lilly, Counsel for the Appellee
    John Y. Pearce, III, Counsel for the Appellee
    Robert T. Stewart, Counsel for the Appellant
    Tobin James Eason, Counsel for the Appellant
    Kenneth Blake Givens, Counsel for the Appellant
    Daniel C. Hughes, Counsel for the Appellee
    Gary Paul Kraus, Counsel for the Appellee
    Bryan David Scofield, Counsel for the Appellee